AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of LA

| | | |
|---|---|---|
| Mid-Continent Casualty Company | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | **2:09-cv-01158    LC** |
| Carla Oil Company and Radke Oil Company | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carla Oil Company
through Gerald R. Lege
1040 N. Sherman Street
Jennings, LA 70546


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:  07/14/2009     *Katie Haik*
         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Gerald Lege__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Carla Oil__
__Company__ on *(date)* __7/14/09__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7/14/09__          __Kevin Callahan__
                                *Server's signature*

                          __Kevin Callahan, Paralegal__
                                *Printed name and title*

                          __400 Poydras St, Ste 2500, N.O. LA 70123__
                                *Server's address*

Additional information regarding attempted service, etc: